McGREGOR W. SCOTT
United States Attorney

ADAIR F. BOROUGHS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:     (202)305-7546
E-mail:         adair.f.boroughs@usdoj.gov

Attorney for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WAYNE UPTERGROVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, DARRIN LAMBERT, McGREGOR W SCOTT, G. PATRICK JENNINGS, MICHAEL G. PITMAN, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT,<br><br>　　　　Defendants. | Civil No. 1:08-CV-00303-AWI-SMS<br><br>**DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSE (FIRST REQUEST)**<br><br>SCHEDULING CONFERENCE HEARING:<br><br>Old Date: April 15, 2008<br>NEW DATE: May 20, 2008<br>TIME:    9:30a.m.<br>BEFORE: Judge Snyder |

　　　　Defendants United States of America, Darrin Lambert, McGregor W. Scott, G. Patrick Jennings, Michael G. Pitman, the United States District Court for the Eastern District of California, and the United States Court of Appeals for the Ninth Circuit, by and through their undersigned counsel, hereby move this Court for an order extending the time to respond to Plaintiff's Complaint until May 3, 2008.  In support of this motion, the United States submits as follows:

　　　　1.　　The Defendants first received a copy of the Complaint on February 21, 2008.

1  This matter was timely removed from the Superior Court of California, Madera County, to this
2  Court on March 3, 2008.  The Defendants' Answer or other response is presently due to be filed
3  by March 12, 2008.

4      2.    Federal Rule of Civil Procedure 81(c) prescribes the period for service of an
5  answer or other response to a complaint in a removed action.  This period varies, but in this case,
6  it is nine days after removal.  If the Complaint had been filed originally in this Court, the
7  Defendants would have had 60 days from the date of service on the United State Attorney's
8  Office to respond.  Fed. R. Civ. P. 12(a).

9      3.    The Defendants respectfully request an extension of time of sixty (60) days from
10  the date of removal to respond.  The additional time sought will allow counsel for the United
11  States to obtain a complete administrative file from the United States Marshall Service and
12  obtain a complete file from the Government attorneys involved in this case, as well as to obtain
13  their views on this matter.  This information is necessary for the Defendants to adequately defend
14  their interests in this matter.  This motion is not being made for delay, but to allow the
15  Defendants to prepare a cogent and accurate response that advances this litigation.

16      4.    Federal Rule of Civil Procedure 6(b) and LR 6-144(c) authorizes this Court to
17  grant an extension of time to respond to a complaint for cause shown.

18      5.    By moving for an extension of time, the Defendants do not waive any defenses
19  listed in Federal Rule of Civil Procedure 12(h).

20      6.    Pursuant to LR 6-144(c), a stipulation for an extension of time was sought but
21  cannot be obtained in this case.  As required by LR 6-144(c), an affidavit of counsel is attached.
22  For the above-mentioned reasons the Defendants respectfully request that the Court grant an
23  extension of time so that the Defendants may adequately defend their interests in this matter.
24
25  //
26  //
27

WHEREFORE, the Defendants request that its Motion for an Extension of Time be granted, and that it be given until May 3, 2008 to respond to Plaintiff's Compliant.

                                                McGREGOR W. SCOTT
                                                United States Attorney

Dated: March 5, 2008                       /s/ Adair F. Boroughs
                                                ADAIR F. BOROUGHS
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 683
                                                Ben Franklin Station
                                                Washington, D.C. 20044
                                                Telephone: (202) 305-7546

McGREGOR W. SCOTT
United States Attorney

ADAIR F. BOROUGHS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:     (202)305-7546
E-mail:          adair.f.boroughs@usdoj.gov

Attorney for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WAYNE UPTERGROVE,        )<br>                                                         )<br>             Plaintiff,                                 )<br>                                                         )<br>     v.                                                  )<br>                                                         )<br>                                                         )<br>UNITED STATES OF AMERICA, DARRIN )<br>LAMBERT, McGREGOR W. SCOTT, G.    )<br>PATRICK JENNINGS, MICHAEL G.          )<br>PITMAN, UNITED STATES DISTRICT      )<br>COURT FOR THE EASTERN DISTRICT OF )<br>CALIFORNIA, UNITED STATES COURT OF)<br>APPEALS FOR THE NINTH CIRCUIT,       )<br>                                                         )<br>             Defendants.                           )<br>                                                         ) | Civil No. 1:08-CV-00303-AWI-SMS<br><br>**AFFIDAVIT OF ADAIR F.<br>BOROUGHS IN SUPPORT OF<br>DEFENDANTS' EX PARTE MOTION<br>FOR EXTENSION OF TIME** |

I, Adair F. Boroughs, pursuant to the provisions of 28 U.S.C. § 1746 declare that:

1.     I am an attorney with the United States Department of Justice, Tax Division located at Washington, D.C.  I have been assigned to the above-captioned matter and am in possession of the Department of Justice files concerning this matter.

2.     On March 4, 2008, I called Charles Wayne Uptergrove on his cell phone, stated my name and that I was an attorney with the Department of Justice, and explained that I was representing the Defendants in the above-captioned matter.  I explained that I had removed the case to federal court and that the United States needed more time to respond to his Complaint.

He agree to grant me "whatever time you need: thirty days, forty-five days, ninety days." He informed me that he would fight the removal, however.

3. On March 4, 2008, I prepared a Stipulation for Extension of Time and proposed order pursuant to our telephone conversation and sent it to Plaintiff to review.

4. On March 5, 2008, I called Plaintff to verify that he had received the draft Stipulation for Extension of Time. Mr. Uptergrove stated that he had received it and that he would not sign the stipulation because "you changed the case number" and the court. Plaintiff stated that he would grant me whatever time I liked in state court but that "I'm not giving you any time in federal court." I explained that the state court case had been removed to federal court pursuant to federal statute and that it was the same case, just now in federal court. Plaintiff stated that "federal statutes do not apply in the Republic of California" and then reiterated that he refused to grant me any time in federal court, stating that I was "attempting to railroad him into the ten square miles of D.C."

5. Plaintiff made it clear that he was unwilling to grant any extension of time in federal court; thus, a stipulation for extension of time cannot be obtained.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of March, 2008.  /s/ Adair F. Boroughs
ADAIR F. BOROUGHS
Trial Attorney Tax Division
U.S. Department of Justice

- 5 -    Affidavit of Adair Boroughs

McGREGOR W. SCOTT
United States Attorney

ADAIR F. BOROUGHS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:	(202)305-7546
E-mail:	adair.f.boroughs@usdoj.gov

Attorney for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WAYNE UPTERGROVE,            )<br>                                                             )<br>            Plaintiff,                            )<br>                                                             )<br>    v.                                                   )<br>                                                             )<br>UNITED STATES OF AMERICA, DARRIN )<br>LAMBERT, MCGREGOR W. SCOTT, G.  )<br>PATRICK JENNINGS, MICHAEL G.          )<br>PITMAN, UNITED STATES DISTRICT    )<br>COURT FOR THE EASTERN DISTRICT OF )<br>CALIFORNIA, UNITED STATES COURT OF)<br>APPEALS FOR THE NINTH CIRCUIT,      )<br>                                                             )<br>            Defendants.                       )<br>                                                             ) | Civil No. 1:08-CV-00303-AWI-SMS<br><br>**ORDER FOR EXTENSION OF TIME** |

IT IS ORDERED THAT the time for Defendants the United States, Darrin Lambert, McGregor W. Scott, G. Patrick Jennings, Michael G. Pitman, the United States District Court for the Eastern District of California, and the United States Court of Appeals for the Ninth Circuit, to answer or respond to the Complaint filed by Charles Wayne Uptergrove on February 21, 2008, is extended to April 3, 2008.

FURTHER ORDERED THAT the Scheduling Conference Hearing date of April

15, 2008 is continued to May 20, 2008 at 9:30a.m. before Judge Snyder.  Parties are to file a 'Joint Scheduling Conference Report' one week prior to the May 20, 2008 hearing date.

Date: 3/11/2008                                      /s/ Sandra M. Snyder
                                                     SANDRA M. SNYDER
                                                     UNITED STATES MAGISTRATE JUDGE