IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WAYNE UPTERGROVE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA, DARRIN LAMBERT, McGREGOR W. SCOTT, G. PATRICK JENNINGS, MICHAEL G. PITMAN, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT,<br><br>　　　　　Defendants. | CV F 08-0303 AWI SMS<br><br>ORDER VACATING HEARING DATE OF MAY 19, 2008, AND TAKING MATTER UNDER SUBMISSION |

　　　In this action for injunctive relief and damages, proper party defendant United States of America ("Defendant") has moved for dismissal of the first amended complaint. Hearing on Defendant's motion has been set for Monday, May 19, 2008. The court has reviewed Defendant's motion to dismiss. Plaintiff's opposition, which was due not later than May 5, 2008, was not filed as of that date and consequently the motion may not be opposed at oral argument. Local Rule 78-230(b). The court has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 19,

1  2008, is VACATED, and no party shall appear at that time.  As of May 19, 2008, the Court will
2  take the matter under submission, and will thereafter issue its decision.

4  IT IS SO ORDERED.

5  **Dated:   May 14, 2008**                                  **/s/ Anthony W. Ishii**
                                                              UNITED STATES DISTRICT JUDGE

2