1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

11
12
13
14
15
16
17
18
19
20

| | |
|---|---|
| **CHARLES WAYNE UPTERGROVE,** )<br>       )<br>  **Plaintiff,** )<br>       )<br>       )<br>  v.  )<br>       )<br> **UNITED STATES OF AMERICA,** )<br> **DARRIN LAMBERT, McGREGOR W.** )<br> **SCOTT, G. PATRICK JENNINGS,** )<br> **MICHAEL G. PITMAN, UNITED** )<br> **STATES DISTRICT COURT FOR THE** )<br> **EASTERN DISTRICT OF** )<br> **CALIFORNIA, UNITED STATES** )<br> **COURT OF APPEALS FOR THE** )<br> **NINTH CIRCUIT,** )<br>       )<br>  **Defendants.** )<br> _____) | CV **F 08-0303 AWI SMS**<br><br>**ORDER VACATING**<br>**HEARING DATE OF JULY 21,**<br>**2008, AND TAKING MATTER**<br>**UNDER SUBMISSION** |

21
22
23
24
25
26
27
28

   In this action for injunctive relief and damages, plaintiff Charles Wayne Uptergrove ("Plaintiff") has moved for reconsideration of this court's order of June 10, 2008, and for a ruling on Plaintiff's motion to remand.  Hearing on Plaintiff's motion has been set for Monday, July 21, 2008.  The court has reviewed Plaintiff's motion and Defendant's opposition.  The court has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 21,
2  2008, is VACATED, and no party shall appear at that time.  As of July 21, 2008, the Court will
3  take the matter under submission, and will thereafter issue its decision.

5  IT IS SO ORDERED.

6  **Dated:   July 17, 2008**              /s/ Anthony W. Ishii
                                                   CHIEF UNITED STATES DISTRICT JUDGE